UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTUANETTE JOHNSON,

      Plaintiff,

v.                                        Case No. 6:22-cv-02364-PGB-EJK

YVES SAINT LAURENT AMERICA, INC.,

      Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Antuanette Johnson and Defendant Yves Saint Laurent America, Inc., hereby jointly stipulate and agree to the dismissal of this action with prejudice as to all claims, with each party to bear their own attorneys' fees, costs, and other expenses related to this action.[1]

Date: February 20, 2024.

| | |
|---|---|
| */s/ Anthony J. Hall* | */s/ Jason A. Pill* |
| Anthony J. Hall, FBN 40924 | Jason A. Pill, FBN 70284 |
| THE LEACH FIRM, P.A. | Austin A. Laurienzo, FBN 1011546 |
| 631 S. Orlando Avenue, Suite 300 | PHELPS DUNBAR LLP |
| Winter Park, Florida 32789 | 100 South Ashley Drive, Suite 2000 |
| (T) (407) 574-4999; (F) (833) 523-5864 | Tampa, Florida 33602-5311 |
| ahall@theleachfirm.com | (T) (813) 472-7550; (F) (813) 472-7570 |
| yhernandez@theleachfirm.com | jason.pill@phelps.com |
| | austin.laurienzo@phelps.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

---

[1] Per Rule 41(a)(1)(A), this stipulation dismisses this action without the need for a court order.

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Jason A. Pill*
*Attorney*
